JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FREDERICK D. JAMES,<br><br>Plaintiff,<br><br>vs.<br><br>UNUM LIFE INSURANCE COMPANY OF AMERICA,<br><br>Defendant. | Case No. 2:22-cv-09265-AB-KS<br><br>(Honorable Andre Birotte Jr.)<br><br>**ORDER DISMISSING ACTION WITH PREJUDICE**<br><br>Complaint Filed:   12/21/22 |

Having reviewed the joint Stipulation for Dismissal of Action with Prejudice, the Court hereby **ORDERS** that this action is **DISMISSED** in its entirety with prejudice to all parties. Pursuant to parties' Stipulation, each party shall bear its own attorneys' fees and costs.

**IT IS SO ORDERED.**

Dated:  October 2, 2023

_____
HONORABLE ANDRÉ BIROTTE JR.
UNITED STATES DISTRICT JUDGE

1